IN the INTEREST OF: C.P., a Minor

Petition of: C.P., a Minor

No. 132 MAL 2017

Supreme Court of Pennsylvania.

April 25, 2017

## ORDER

PER CURIAM

AND NOW, this 25th day of April, 2017, the Petition for Allowance of Appeal is **DENIED**.

■

Justin Michael CREDICO, Appellant

v.

SOLICITOR GENERAL OF U.S., Governor of PA, Attorney General of PA, Appellees

101 MAP 2016

Supreme Court of Pennsylvania.

DECIDED: April 26, 2017

## ORDER

PER CURIAM

AND NOW, this 26th day of April, 2017, the Order the Commonwealth Court is hereby **AFFIRMED**.

■

Ernest WHOLAVER, Jr., Appellant

v.

COMMONWEALTH of Pennsylvania, Governor Tom Wolf; Middletown Police Department Chief John T. Bey; Dauphin County Sheriff's Office Nicholas Chimienti, Jr.; Dauphin County District Attorney's Office Edward M. Marsico, Jr., et al., Appellees

No. 4 EAP 2017

Supreme Court of Pennsylvania.

April 28, 2017

Ernest Wholaver, Jr., Waynesburg, PA, pro se.

Joseph Goldberg, Meghan Elizabeth Campbell, Weber, Gallagher, Simpson, Stapleton, Flies & Newby, L.L.P., Philadelphia, PA, Frank J. Lavery, Jr., Sunshine J. Thomas, Lavery Law, Joshua D. Shapiro, Pennsylvania Office of Attorney General, Harrisburg, PA, for Appellees.

## ORDER

PER CURIAM

AND NOW, this 28th day of April, 2017, the Notice of Appeal is quashed.